Chambers Copy

1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  WILLIAM FRENTZEN (LABN 24421)
   Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6959
7      Fax: (415) 436-6753
       William.Frentzen@usdoj.gov

8
   Attorneys for United States of America

9
                    UNITED STATES DISTRICT COURT

10
                  NORTHERN DISTRICT OF CALIFORNIA

11
                        SAN FRANCISCO DIVISION

12

13
   UNITED STATES OF AMERICA,              )  CR 3 19 71420 JCS
14                                         )  CR 3 19 71421 JCS
            Plaintiff,                     )  CR 3 19 71422 JCS
15                                         )  CR 3 19 71423 JCS
        v.                                 )  CR 3 19 71430 JCS
16                                         )  CR 3 19 71431 JCS
   BRENDA ADDISON,                         )  CR 3 19 71432 JCS
17 ADVENT CARE INC.,                       )  CR 3 19 71433 JCS
   AMITY HOME HEALTH CARE INC.,            )  CR 3 19 71434 JCS
18 BHUPINDER BHANDARI,                     )  CR 3 19 71440 JCS
   CATHERINE CARIAGA,                      )  CR 3 19 71441 JCS
19 MERVINA DEGUZMAN,                       )  CR 3 19 71442 JCS
   SAL DEL ROSARIO,                        )  CR 3 19 71443 JCS
20 ANDRE NICOLAS GAY,                      )  CR 3 19 71444 JCS
   MARIAM HASAN,                           )  CR 3 19 71445 JCS
21 KIMBERLY HICKS,                         )  CR 3 19 71446 JCS
   YELENA KABANSKAYA,                      )  CR 3 19 71447 JCS
22 APRIL MANCUSO,                          )  CR 3 19 71448 JCS
   GERALD MYINT,                           )  CR 3 19 71449 JCS
23 TAM NGUYEN,                             )  CR 3 19 71450 JCS
   REBECCA PINA,                           )  CR 3 19 71451 JCS
24 JUAN POSADA,                            )  CR 3 19 71452 JCS
   CAROLINE PRESCOTT,                      )  CR 3 19 71453 JCS
25 KERISIMASI REYNOLDS,                    )  CR 3 19 71454 JCS
   BELINDA ROY,                            )  CR 3 19 71455 JCS
26 GELNNDA SANTOS,                         )  CR 3 19 71456 JCS
   EWELINA SCZENDZINA,                     )  CR 3 19 71457 JCS
27 RIDHIMA "AMANDA" SINGH,                 )  CR 3 19 71458 JCS
   VINEETA SINGH,                          )  CR 3 19 71459 JCS
28 NICOLE SUNO,                            )  CR 3 19 71460 JCS
   HILDA TACORDA,                          )

FILED

DEC 10 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  SCOTT TAYLOR,                          )  **STIPULATED MOTION AND [PROPOSED]**
   STELLA TEODORO,                        )  **ORDER TO CONTINUE PRELIMINARY**
2  TERENCE TIRONA,                        )  **EXAMINATION HEARING FROM**
   HENRY WATSON,                          )  **DECEMBER 12, 2019 TO FEBRUARY 12, 2020**
3  ZHENG ZHANG,                           )
                                          )
4       Defendants.                       )
                                          )
   _____    )

5

6       The United States, by and through its counsel, Assistant U.S. Attorney William Frentzen, and all

7  defendants in the above-referenced case, by and through their counsel, hereby respectfully request that

8  the preliminary examination hearing currently scheduled for December 12, 2019 at 10:30 a.m., before

9  Magistrate Judge Thomas S. Hixson, be rescheduled to February 12, 2020 at 10:30 a.m. before the Duty

10 Magistrate Judge. This will provide the defendants adequate time to review discovery with counsel

11 before the next appearance in the matter before the district court.  The parties agree to waive time for

12 both the preliminary examination and under the Speedy Trial Act.

13 IT IS SO STIPULATED.

14 Dated:  December 10, 2019                Respectfully submitted,

15                                          DAVID L. ANDERSON
                                           United States Attorney
16
                                           _____/s/_____
17                                         WILLIAM FRENTZEN
                                           Assistant United States Attorney
18

19 Dated:  December 10, 2019

20                                         _____/s/_____

21                                         Counsel for All Defendants

22

23

24

25

26

27

28

1

2

## [PROPOSED] ORDER

3

Upon the motion of the parties, and for good cause appearing, IT IS HEREBY ORDERED that

4

the preliminary examination hearing in the above-captioned cases, currently scheduled for December 12,

5

2019 at 10:30 a.m. before Magistrate Judge Thomas S. Hixson is rescheduled to February 12, 2020 at

6

10:30 a.m. before Duty Magistrate Judge.  Time for the preliminary examination and under the Speedy

7

Trial Act is waived in the interest of justice and for effective preparation of counsel.

8

IT IS SO ORDERED.

9

HON. THOMAS S. HIXSON
United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28